# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157049(90)(91)

NICHOLAS DAVID BURNETT,
     Plaintiff-Appellee,

v

                              SC: 157049
                              COA: 338618
TRACY LYNN AHOLA,               Genesee CC: 14-312262-DP
     Defendant-Appellant,
and

DEREK AHOLA,
     Defendant-Appellee.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's April 26, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



d0522

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018



Clerk